**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 1:22-mj-0161** |
| ) | |
| **DOVA WINEGEART** ) | |
| ) | |
| **Defendant.** ) | |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

To:     The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as counsel for

DEFENDANT DOVA WINEGEART.

Dated August 8, 2022                    Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com