# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-mj-161 |
| | : | |
| v. | : | |
| | : | |
| **DOVA ALINA WINEGEART,** | : | |
| | : | |
| Defendant. | : | |

### CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
### AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the preliminary hearing set for Thursday, August 25, 2022, in the above-captioned matter, for at least 20 days, until September 15, 2022. Defense counsel consents to this motion. We request the additional time because undersigned counsel has trial obligations in another matter in this court.

The parties request that the Court exclude the time until the preliminary hearing is scheduled, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by

taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      UNITED STATES ATTORNEY
                                      D.C. Bar No. 481052

Date: August 23, 2022               By: */s/ Ashley Akers*
                                      Ashley Akers
                                      Trial Attorney – Detailee
                                      MO Bar No. 69601
                                      U.S. Attorney's Office for the District of Columbia
                                      601 D Street, N.W.
                                      Washington, D.C. 20530
                                      Phone: (202) 353-0521
                                      Email: Ashley.Akers@usdoj.gov

CERTIFICATE OF SERVICE

    On this 23rd day of August, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                       By: */s/ Ashley Akers*
                             Ashley Akers
                             Trial Attorney – Detailee
                             MO Bar No. 69601
                             U.S. Attorney's Office for the District of Columbia
                             601 D Street, N.W.
                             Washington, D.C. 20530
                             Phone: (202) 353-0521
                             Email: Ashley.Akers@usdoj.gov